JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE COMMUNICATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>LOOP TELECOMMUNICATION INT'L INC. )<br>)<br>)<br>Defendants. )<br>_____ ) | Case   No.SACV12-2024-DOC(RNBx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

The Plaintiff having filed a Notice of Voluntary Dismissal on 12/26/12;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

DATED: December 27, 2012

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge